# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00134-CV

### W. B., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

## FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
## NO. 12-0026-CPS425, HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on March 10, 2014. On request to this Court dated March 11, 2014, Lynette Thorpe was granted an extension of time until March 28, 2014. To date, the reporter's record has not been filed.

Accordingly, Lynette Thorpe is hereby ordered to file the reporter's record in this case on or before April 4, 2014. If the record is not filed by that date, Thorpe may be required to show cause why she should not be held in contempt of court. *See* Tex. R. App. P. 28.4(b)(2).

It is ordered on April 1, 2014.

Before Chief Justice Jones, Justices Pemberton and Rose